**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 7 EAL 2023
                        : 
           Respondent             : 
                        :   Petition for Allowance of Appeal
                        :   from the Order of the Superior Court
          v.                     : 
                        : 
                        : 
OMAR SAUNDERS,                 : 
                        : 
           Petitioner              : 

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of July, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Does this Court's holding in *Commonwealth v. Alexander*, 243 A.3d 177 (Pa. 2020), require a fact specific assessment to determine whether exigency exists to provide officers with a right of access to the interior of an automobile under the plain view exception to the warrant requirement?